# Court of Appeals
# of the State of Georgia

ATLANTA, April 16, 2014

*The Court of Appeals hereby passes the following order*

**A14D0299. IN THE INTEREST OF: E. S. K. AND A. Q. L., CHILDREN (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Juvenile Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:
1300294 1300295



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, April 16, 2014.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*